**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**HUEY GRANGER**                                                                      **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO:  3:02-cv-1309(TSL)(JCS)**

**KEITH PETERSON, IN HIS**
**INDIVIDUAL CAPACITY**
**AND JEFF THAMES, IN HIS**
**INDIVIDUAL CAPACITY**                                                          **DEFENDANT**

## FINAL JUDGMENT ON JURY VERDICT

THIS CAUSE having come on for trial before the Court, a jury was empanelled to try the issues and, having heard all the testimony and arguments of counsel and having duly deliberated, the jury on August 17, 2009 delivered its verdict and found that the settlement agreement executed by Plaintiff Huey Granger is enforceable as to the claims of Plaintiff against Defendants Keith Peterson and Jeff Thames.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.      That the Plaintiff, Huey Granger, take nothing from Defendants Keith Peterson and Jeff Thames, and that all of Plaintiff's claims be dismissed with prejudice; and

2.      All costs are assessed against Plaintiff, Huey Granger.

SO ORDERED, this the 18th of August, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE